JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIDNEE LAREE S., | ) | No. ED CV 19-00283 VBF (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated:  April 3, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge